**No. 50617.**—Protests 934872–G, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of so-called racello hats similar in all material respects to those the subject of Abstract 47291; that other items consist of sisal hemp hats the same as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218); and that other items consist of hemp knotted straw hats similar to those involved in Abstract 46497. Upon the established facts and following the cited authorities, the merchandise in question was held dutiable as claimed.

**No. 50618.**—Protests 18926–K, etc., of Nippon Import & Trading Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1945

**No. 50619.**—Protests 103325–K, etc., of W. J. Mulligan & Co. et al. (San Francisco, etc.).

Opinion by KEEFE, J. Following the authority cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 26, 1945

**No. 50620.**—Protests 958936–G, etc., of B. Shackman & Co. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the figures are similar in all material respects to the merchandise the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), the claim of the plaintiff was sustained.